**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 2:23-cv-02444-SHM-tmp** |
| ) | |
| **MINOR DAVID MADISON, JR.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER GRANTING MOTION TO STAY

Before the Court is the parties' August 15, 2024 joint motion to continue stay pending settlement negotiations. (ECF No. 35.) For good cause shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that this action is stayed through October 15, 2024, pending settlement negotiations. If the stay expires and the parties have not reached a settlement or received an extension of the stay, the parties have fourteen (14) days to submit an updated proposed scheduling order.

ENTERED this 16th of August, 2024.

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE